## VIRGINIA:

*In the Supreme Court of Virginia held at the Supreme Court Building in the City of Richmond on Thursday, the 11th day of December, 2025.*

Present: All the Justices

BOARD OF SUPERVISORS OF
 RAPPAHANNOCK COUNTY, ET AL.,                                        APPELLANTS,

  against        Record No. 240830
                 Court of Appeals No. 1585-23-4

KAREN A. WILLIAMS, ET AL.,                                        APPELLEES.


UPON AN APPEAL FROM A
JUDGMENT RENDERED BY THE
COURT OF APPEALS OF VIRGINIA.


Upon consideration of the record, briefs, and argument of counsel, the Court is of the opinion that there is no reversible error in the judgment of the Court of Appeals. Accordingly, the Court affirms the judgment of the Court of Appeals for the reasons stated in *Williams v. Rappahannock Cnty. Bd. of Supervisors*, 81 Va. App. 575 (2024).

This case was paired with *Karen A. Williams, et al. v. Rappahannock County Board of Supervisors, et al.*, Record No. 240823, for oral argument. A separate order shall issue forthwith in that appeal.

This order shall be published in the Virginia Reports and certified to the Court of Appeals of Virginia and the Circuit Court of Rappahannock County.


A Copy,

Teste:

*[signature]*

Clerk